IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDGAR PERRY,

        Plaintiffs,

  v.

ALAMEDA COUNTY EMPLOYEES RETIREMENT ASSOCIATION and ALAMEDA COUNTY,

        Defendants.

No. C 13-00834 RS

**ORDER DISMISSING CASE**

Plaintiff Edgar Perry, proceeding in *pro se*, filed an action against defendants Alameda County Employees Retirement Association ("ACERA") and Alameda County. On May 2, 2013, the Complaint was dismissed with leave to amend a possible claim under 42 U.S.C. § 1983. The Order stated that a failure to respond would result in dismissal of the action. Plaintiff has not filed an amended complaint as directed in that Order. Accordingly, this action is dismissed, without prejudice. The Clerk is instructed to close the case file.

IT IS SO ORDERED.

Dated: 6/28/13

                                    RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE